UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Ozkan Yavuz, | § | No. 1:23-cv-00073 |
| *Plaintiff*, | § | |
| vs. | § | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY (DHS); UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); Ur M. Jaddou, USCIS Director, | § | |
| *Defendants*. | § | |

ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

Before the Court is a Notice of Voluntary Dismissal filed by counsel for Plaintiff Ozkan Yavuz. (Dkt. # 6.) Finding that the notice was filed before Defendants served an answer or a motion for summary judgment, the Court finds that the notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims in the instant suit against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 15, 2023.

_____
David Alan Ezra
Senior United States District Judge